UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| RON GLASGOW, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 4:20-cv-20-PLR-SKL |
| ) | |
| BILL LEE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Pro se Plaintiff Ron Glasgow has filed multiple documents that, when generously construed, appear to attempt to initiate a civil action alleging denial of federal rights. Plaintiff alleges that his (unnamed) 98-year-old mother is in hospice care because she suffers from terminal health conditions.

Plaintiff's mother resides at Morning Pointe Assisted Living in Tullahoma, Tennessee. Plaintiff alleges that Morning Pointe Assisted Living is denying him the opportunity to provide his mother "end of life care" consistent with guidelines for "end of life" care issued by the United States Center for Disease Control and the Tennessee Department of Health, during a pandemic. Plaintiff further alleges that Morning Pointe Assisted Living is relying upon its unique interpretation of those "end of life" guidelines, during a pandemic, as well as the Executive Order issued by the Governor of Tennessee on April 28, 2020, which addresses the public safety risk caused by the ongoing pandemic. Although Plaintiff originally sued only Governor Bill Lee, in his official capacity, Plaintiff is in the process of adding Morning Pointe Assisted Living as a defendant in this action.

When initiating the case, Plaintiff filed a motion to seal the case for medical privacy reasons [Doc. 3]. The Clerk's Office sealed the case pending a ruling by the Middle District of Tennessee,

the Court where Plaintiff originally filed this action. Before the case was transferred to this Court, Plaintiff filed a motion to unseal the case representing doing so would not violate any privacy rights. Both motions remain pending.

For good cause shown, Plaintiff's motion to unseal [Doc. 12] is **GRANTED** and Plaintiff's motion to seal is **DENIED** as **MOOT**. The Clerk's Office **SHALL** unseal this case.

The Clerk's Office is **DIRECTED** to mail a copy of this order to Lang Wiseman and Aaron Webb as identified by Plaintiff as representing Defendants in this matter [Doc. 19 at Page ID ## 9 & 10]. The Clerk's Office is **DIRECTED** to also email a copy of this Order to Assistant State Attorney General Shannon Hoffer at Shannon.hoffer@ag.tn.gov and Assistant State Attorney General Sue Sheldon at sue.sheldon@ag.tn.gov.

**SO ORDERED.**

**ENTER**:

                                                         s/ *Susan K. Lee*
                                                         SUSAN K. LEE
                                                         UNITED STATES MAGISTRATE JUDGE