UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| RON GLASGOW, | ) | |
| --- | --- | --- |
| | ) | Case No. 4:20-cv-20 |
| *Plaintiff*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Susan K. Lee |
| BILL LEE, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

## JUDGMENT ORDER

This matter came before the Court sua sponte due to the apparent lack of federal subject-matter jurisdiction. The Court, having dismissed the only federal claims in this case on motion of Plaintiff Ron Glasgow and further declining to continue the exercise of supplemental jurisdiction over state law claims for which the Court lacks original jurisdiction,

It is **ORDERED AND ADJUDGED** that the state-law claims in this case be, and hereby are, **DISMISSED WITHOUT PREJUDICE**.

There being no further matters before the Court, the clerk is **DIRECTED** to close the case.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ John Medearis
   CLERK OF COURT

1